Aug 18, 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 27
DATE FILED: 8/3/05

HT-SANTA BARBARA, INC., BCRA RESORT
SERVICES, INC.,

         Plaintiffs,

  -v-

CEEBRAID-SIGNAL CORP.,

         Defendant.

Case No. 05-CV-2466 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    Oral argument concerning Defendant's Motion to Transfer Venue was heard before this Court on August 2, 2005. For the reasons stated on the record, this case shall be transferred forthwith to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. § 1404(a).

    The Clerk of Court is ordered to close this case.

SO ORDERED.

Dated:     August 2, 2005
         New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

A TRUE COPY
J. MICHAEL McMAHON, CLERK

BY _____
    DEPUTY CLERK