FILED by EG D.C.
ELECTRONIC

Oct 17 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-80751-CIV-RYSKAMP/VITUNAC

HT-SANTA BARBARA, INC. and
BCRA RESORT SERVICES, INC.

    Plaintiffs,

vs.

CEEBRAID-SIGNAL CORPORATION,

    Defendant.
_____/

### STIPULATION FOR SUBSTITUTION OF COUNSEL

Defendant, CEEBRAID-SIGNAL CORPORATION, hereby stipulates and gives notice that Mark Bideau, Esquire and Padma G. Hinrichs, Esquire of Greenberg Traurig, are substituted as its counsel, Peter S. Herman, Esquire and Jon Paul Robbins, Esquire and McLaughlin & Stern, LLP are relieved of all further responsibility as of the date of this notice. All further papers and process in this action should be served upon Defendant's new counsel, at the following address: Mark Bideau, Esquire and Padma G. Hinrichs, Esquire, Greenberg Traurig LLP, 777 S. Flagler Drive, Suite 300 East, West Palm Beach, FL 33401.

GREENBERG TRAURIG, P.A.
777 South Flagler Drive - Suite 300E
West Palm Beach, FL 33401
Telephone: (561) 650-7900
Facsimile: (561) 655-6222

By: _____
Mark F. Bideau
Florida Bar No. 564044
Padma G. Hinrichs
Florida Bar No. 554758

MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066

By: _____
Jon Paul Robbins

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail to Brian R. Socolow, Esquire and Eleanor M. Lackman, Esquire, Loeb & Loeb LLP, 345 Park Avenue, New York, NY 10154-0037, this 17th day of October, 2005.

GREENBERG TRAURIG, P.A.
777 South Flagler Drive - Suite 300E
West Palm Beach, FL 33401
Telephone: (561) 650-7900
Facsimile: (561) 655-6222

By: s/Padma G. Hinrichs
Mark F. Bideau
Florida Bar No. 564044
Padma G. Hinrichs
Florida Bar No. 554758
hinrichsp@gtlaw.com

WPB-FS1\HINRICHSP\559112v01\10/7/05