IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

-----------------------------------------------------------X

HT-SANTA BARBARA, INC. and BCRA
RESORT SERVICES, INC.,

        Plaintiffs,

-against-

Case No. 05-80751-CIV-RYSKAMP
VITUNAC

CEEBRAID-SIGNAL CORPORATION,
ST. JAMES CLUB GP LIMITED
PARTNERSHIP, and ST. JAMES CLUB GP
CORPORATION,
        Defendants.

-----------------------------------------------------------X

FILED by AKB D.C.
JUN 2 6 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed with prejudice and without attorneys' fees and costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: May 16, 2006

LOEB & LOEB LLP

By: _____
Brian R. Sopolow
*Attorneys for Plaintiffs*
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000

DATED: June 15, 2006

GREENBERG TRAURIG, P.A.

By: _____
Lorie Gleim
*Attorneys for Defendants*
777 South Flagler Drive, Suite 300 East
West Palm Beach, Florida 33401
Telephone: (561) 650-7900

SO ORDERED:

_____
Hon. William Ryskamp
United States District Court Judge