UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 05-80751-CIV-RYSKAMP/VITUNAC

HT-SANTA BARBARA, INC. and
BCRA RESORT SERVICES, INC.,

    Plaintiffs,

v.

CEEBRAID-SIGNAL CORPORATION,

    Defendant.
_____/

FILED by _____ D.C.
JUN 3 0 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the party's Stipulation of Dismissal **[DE 27]** filed on June 26, 2006. The Court has considered the stipulation and the pertinent portions of the record, and it is hereby,

ORDERED AND ADJUDGED that the above-captioned cause be, and the same hereby is, DISMISSED with prejudice. The Clerk of Court shall CLOSE the case and DENY any pending motions as MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 30th day of June 2006.

                              KENNETH L. RYSKAMP
                              UNITED STATES DISTRICT JUDGE

Copies provided:
Mark F. Bideau, Esq.
Brian R. Socolow, Esq.
Matthew Nelles, Esq.
Peter S. Herman, Esq.